JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cora Alexandra Webb,<br><br>  Plaintiff,<br><br>  v.<br><br>The United States of America,<br><br>  Defendant. | Case No. 2:23-cv-00225-RFB-BNW<br><br>**Joint Stipulation to Stay Discovery**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff Cora Alexandra Webb and Defendant United States, by and through their respective counsel, as follows:

1. On April 17, 2023, Defendant United States filed a Motion to Stay Discovery (ECF No. 8).

2. On April 18, 2023, this Court denied the Motion without prejudice for failure to provide a meet-and-confer certification (ECF No. 9).

3. On April 20, 2023, counsel for the parties participated in a meet and confer regarding stay of the discovery in this case.

4. During their meet and confer counsel agreed to stay discovery pending the Court's ruling on Defendant United States' Motion to Dismiss (ECF No. 7). Plaintiff will file her Response to the Motion to Dismiss by May 1, 2023.

5. The parties believe that it is in their best interest to await a ruling by the Court on the pending motion, in particular as the motion will dispose of the entire case if granted. As such, the parties respectfully request that the Court stay discovery in this matter.

Respectfully submitted this 21st day of April 2023.

| | |
|---|---|
| LAIRD LAW PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Danial Laird*<br>DANIAL LAIRD, ESQ.<br>Nevada Bar No. 11831<br>The Riley Building<br>4175 S. Riley Street, Suite 102<br>Las Vegas, NV  89147<br>*Attorney for Plaintiff* | */s/ R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorneys for the United States* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 25, 2023